GENERAL ORDER: 3:11 mc 90

FILED
CHARLOTTE, NC
MAY 1 8 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

## UNITED STATES DISTRICT/BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA

### AMENDED ORDER REGARDING
### DEPOSIT AND INVESTMENT OF REGISTRY FUNDS

The Court, having determined that it is necessary to amend local procedures to reflect the transition of accountability and administration of the Court Registry Investment System ("CRIS") from the United States District Court for the Southern District of Texas to the Administrative Office of the United States Courts, as well as ensure the continued uniformity in the deposit and investment of funds in the Court's Registry,

**IT IS ORDERED** that the following shall govern the receipt, deposit and investment of registry funds:

I. **Receipt of Funds**

A. No money shall be sent to the Court or its officers for deposit in the Court's registry without a court order signed by the presiding judge in the case or proceeding.

B. Unless provided for elsewhere in this Order, all monies ordered to be paid to the Court or received by its officers in any case pending or adjudicated shall be deposited with the Treasurer of the United States in the name and to the credit of this Court pursuant to 28 U.S.C. § 2041 through depositories designated by the Treasury to accept such deposit on its behalf.

C. The party making the deposit or transferring funds to the Court's registry shall serve the order permitting the deposit or transfer on the Clerk of Court.

II. **Investment of Registry Funds**

A. Where, by order of the Court, funds on deposit with the Court are to be placed in some form of interest-bearing account, CRIS, administered by the Administrative Office of the United States Courts, shall be the only investment mechanism authorized.

B. Money from each case deposited in CRIS shall be "pooled" together with those on deposit with Treasury to the credit of other courts in CRIS and used to purchase Government Account Series securities through the Bureau of Public Debt, which will be held at

Treasury, in an account in the name and to the credit of the Director of Administrative Office of the United States Courts, hereby designated as custodian for CRIS.

C. An account for each case will be established in CRIS titled in the name of the case giving rise to the investment in the fund. Income generated from fund investments will be distributed to each case based on the ratio each account's principal and earnings has to the aggregate principal and income total in the fund. Reports showing the interest earned and the principal amounts contributed in each case will be prepared and distributed to each court participating in CRIS and made available to litigants and/or their counsel.

### III. Deductions of Fees

A. The custodian is authorized and directed by this Order to deduct the registry fee for maintaining accounts in CRIS and the investment services fee for the management of investments. The proper registry fee is to be determined on the basis of the rates published by the Director of the Administrative Office of United States Courts as approved by the Judicial Conference. The investment services fee is assessed from interest earning according to the Court's Miscellaneous Fee Schedule.

B.. If registry fees were assessed against the case under the old 45-day requirement prior to deposit in CRIS, no additional registry fee will be assessed.

### IV. Transition From Former Investment Procedure

This Order shall become effective May 19, 2011, and supercedes and abrogates all prior orders of this Court regarding the deposit and investment of registry funds.

_____
Robert J. Conrad, Jr.
Chief U.S. District Judge

_____
Martin Reidinger
U.S. District Judge

_____
Max O. Cogburn, Jr.
U.S. District Judge

_____
Richard L. Voorhees
U.S. District Judge

_____
Frank D. Whitney
U.S. District Judge

_____
Graham C. Mullen
Senior U.S. District Judge